HELEN NICHOLS CARNEY, complainant-appellant,

*v.*

J. CAMPBELL CARNEY, defendant-respondent.

[Argued October 17th, 1934.   Decided January 10th, 1935.]

*Messrs. McCarter & English* (*Mr. George W. C. McCarter*), for the complainant-appellant.

*Mr. Herman H. Singer,* for the defendant-respondent.

PER CURIAM.

We have carefully examined the proofs, and find that they support the conclusions of the advisory master.

The decree is, therefore, affirmed.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ.   13.

*For reversal*—None.